B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

          **Case Number**  04–39983–DOT
          **Chapter**  13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Julius N. Hicks
4016 Deanwood Drive
Richmond, VA 23237

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):
Debtor: xxx–xx–4665

Employer Tax–Identification (EIN) No(s).(if any):
Debtor:  NA

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

          **FOR THE COURT**

Dated:  April 24, 2009           William C. Redden, CLERK

          **SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: alleyk                  Page 1 of 1                   Date Rcvd: Apr 24, 2009
Case: 04-39983                 Form ID: B18W                 Total Served: 25

The following entities were served by first class mail on Apr 26, 2009.
db            +Julius N. Hicks,    4016 Deanwood Drive,    Richmond, VA 23237-1446
7004242       +Bon Secours Richmond Community Hosp,    c/o Greer P. Jackson, Jr.,    8550 Mayland Drive,
                Richmond, Va 23294-4700
6479804       +Cambece Law Office,    Re:  First Union,    8 Bourbon Street,    Peabody, MA 01960-7481
6479807       +Commonwealth of Virginia,    Dept of Tax/ Legal Unit,    P.O. Box 2156,    Richmond, VA 23218-2156
6479810        Janice Popo,    Re: Bankruptcy,    41 Sunnyside Ter,    East Orange, NJ 07018-2375
6584792        Jefferson Capital Systems, LLC,    POB 23051,    Columbus, GA 31902-3051
6479813        Motor Vehicle Commission,    Re: Bankruptcy,    P.O. Box 009,    Trenton, NJ 08666-0009
6479816       +NCO Financial,    Re: Public Services,    1804 Washington Blvd, Dept.600,
                Baltimore, MD 21230-1700
6479814       +Nathanial Hicks,    Re: Bankruptcy,    4016 Deanwood Drive,    Richmond, VA 23237-1446
6479815       +Nathaniel Hicks,    4016 Deanwood Drive,    Richmond, VA 23237-1446
6648694       +New Century Financial Services, Inc.,    Pressler and Pressler,    16 Wing Drive,
                Cedar Knolls, NJ 07927-1017
6479803       +Office of the US Trustee,    600 East Main Street,    Suite 301,    Richmond, VA 23219-2430
7698915       +Pressler & Pressler,    Re: State of New Jersey,    16 Wing Drive,    Cedar Knolls, NJ 07927-1007
6479817       +Richmond Community Hospital,    Attn: Bankruptcy Department,    P.O. Box 27184,
                Richmond, VA 23261-7184
6479818       +Spiegel,    FCNB Processing Center,    P.O. Box 2210,    Portland, OR 97015
7698916        State of New Jersey Workers Co,    Department of Labor,    P.O. Box 381,    Trenton, NJ 08625-0381
6479938       +U S Attorney's Office,    Main Street Center 18th Floor,    600 E. Main Street,
                Richmond, VA 23219-2416
6551909        Virginia Department of Taxation,    P.O. Box 2156,    Richmond, VA  23218-2156

The following entities were served by electronic transmission on Apr 25, 2009.
6479806        EDI: CBCSI.COM Apr 25 2009 01:03:00      CBCS,   RE: Richmond Community Hosp.,    P.O. Box 69,
                Columbus, OH 43216-0069
6479805       +EDI: CAPITALONE.COM Apr 25 2009 01:03:00      Capital One,   Re: Bankruptcy,    P.O. Box 85015,
                Richmond, VA 23285-5015
6538782        EDI: IRS.COM Apr 25 2009 01:03:00      Internal Revenue Service,    P.O. Box 10025,   Stop Room 898,
                Richmond, VA 23240
6479809        EDI: IRS.COM Apr 25 2009 01:03:00      Internal Revenue Service,    400 N Eighth St Rm 898,
                P.O. Box 10025,    Richmond, VA 23240
6479811        EDI: BANKAMER.COM Apr 25 2009 01:03:00      MBNA America,   Attn: Bankruptcy Dept,
                P.O. Box 15026,    Wilmington, DE 19850-5026
6479812       +EDI: MID8.COM Apr 25 2009 01:03:00      Midland Credit Management,    Re: Speigel,
                P.O. Box 939019,    San Diego, CA 92193-9019
6479808        EDI: FUNB.COM Apr 25 2009 01:03:00      First Union,   Attn: Bankruptcy,    P.O. Box 563966,
                Charlotte, NC 28256
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7004246*      +Bon Secours Richmond Community Hosp,    c/o Greer P. Jackson, Jr.,    8550 Mayland Drive,
                Richmond, Va 23294-4700
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2009**                    **Signature:**   *Joseph Speetjens*